IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **REMY HOLDINGS INTERNATIONAL LLC**, | ] ] ] | |
| Plaintiff/ Counterclaim Defendant, | ] ] ] | Civil Action No.: 5:19-cv-00021 |
| v. | ] ] | |
| **FISHER AUTO PARTS, INC.**, | ] ] | |
| Defendant/ Counterclaim Plaintiff. | ] ] | |

## REMY'S OMNIBUS MOTION IN LIMINE

Plaintiff Remy Holdings International, LLC ("Remy"), by counsel and pursuant to Rules 401 and 403 of the Federal Rules of Evidence, moves this Court for entry of an Order granting each of Remy's four (4) motions in limine outlined within its simultaneously filed Memorandum in Support of Remy's Omnibus Motion in limine, which it incorporates by reference herein, and is filed with and accompanies this motion.

Dated: December 3, 2021          Respectfully submitted,

**REMY HOLDINGS INTERNATIONAL, LLC**

/s/
Matthew D. Green (VSB No. 46913)
David C. Tait (VSB No. 82710)
Lindsay K. Bunting Eubanks (VSB No. 94686)
**Sands Anderson PC**
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, VA  23218-1998
Telephone: (804) 783-7275
Facsimile: (804) 783-7291

mgreen@sandsanderson.com
dtait@sandsanderson.com
lbuntingeubanks@sandsanderson.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 3rd day of December, 2021, a true and accurate copy of the foregoing was served upon all counsel of record as set forth below:

    Ryan D. Frei
    J. Brent Justus
    Gregory J. DuBoff
    Lyle D. Kossis
    Brooke A. Weedon
    McGuireWoods LLP
    800 East Canal Street
    Richmond, VA 23219-3916
    Telephone: (804) 775-1134
    Facsimile: (804) 698-2168
    rfrei@mcguirewoods.com
    bjustus@mcguirewoods.com
    gduboff@mcguirewoods.com
    lkossis@mcguirewoods.com
    bweedon@mcguirewoods.com

                /s/
                Matthew D. Green (VSB No. 46913)
                David C. Tait (VSB No. 82710)
                Lindsay K. Bunting Eubanks (VSB No. 94686)
                **Sands Anderson PC**
                1111 East Main Street, Suite 2400
                P.O. Box 1998
                Richmond, VA 23218-1998
                Telephone: (804) 783-7275
                Facsimile: (804) 783-7291
                mgreen@sandsanderson.com
                dtait@sandsanderson.com
                lbuntingeubanks@sandsanderson.com