**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

| | |
|---|---|
| **REMY HOLDINGS INTERNATIONAL LLC,** | |
| **Plaintiff / Counterclaim Defendant,** | |
| **v.** | **Civil Action No.: 5:19-cv-00021** |
| **FISHER AUTO PARTS, INC.,** | |
| **Defendant / Counterclaim Plaintiff.** | |

## FISHER AUTO PARTS, INC.'S INITIAL DEPOSITION DESIGNATIONS

Defendant and Counterclaim Plaintiff Fisher Auto Parts, Inc. ("Fisher"), under Federal Rule of Civil Procedure 26(a)(3)(A)(ii) and Paragraph 27 of the operative Scheduling Order (Dkt. No. 227), submits the following deposition designations of testimony that it may use at trial, including during Fisher's case-in-chief.

Further, Fisher reserves the right to use any deposition testimony provided in this case—whether or not designated below—for purposes of impeachment, refreshment of recollection, or other permissible evidentiary purposes, at trial. Fisher also reserves the right to add to or delete from any of the following designations depending on the Court's rulings on all pending Motions, or to ensure completeness or streamline testimony, in which case Fisher would promptly provide amended or supplemental designations. In addition, Fisher reserves the right to present corresponding deposition exhibits to the jury during the presentation of designated deposition testimony. Fisher further reserves the right to call live at trial any of the witnesses for whom Fisher has submitted deposition designations below. Finally, Fisher expressly reserves all objections it made on the record at the subject depositions.

To the extent that any portion of the deposition transcript is read to the jury, Fisher objects to reading any commentary, lawyer testimony, objections, or other argumentative statements that may be included within the deposition designations.

### Deposition of Monica Bolt taken on October 30, 2020

- 6:4-6
- 25:3-28:2
- 33:14-18
- 34:13-20
- 36:10-13
- 51:16-53:21
- 59:13-60:24
- 76:22-78:10
- 85:24-86:4
- 113:5-14
- 129:13-130:2
- 136:17-24
- 142:20-143:15
- 224:17-20
- 224:22-225:7
- 225:12-13
- 225:15-23
- 251:9-11
- 251:13-253:6
- 253:8-255:2
- 256:20-257:17
- 258:5-11
- 258:13-259:15
- 259:18-261:11
- 263:20-264:7
- 264:9-10
- 265:9-25
- 267:14-268:15
- 269:13-270:10

## Deposition of Gary Bostic taken on December 1, 2020

- 15:4-12
- 25:22-25
- 26:13-21
- 27:15-18
- 28:3-11
- 28:16-25
- 29:11-16
- 29:20-25
- 30:5-9
- 30:13-22
- 31:9-32:3
- 33:9-25
- 34:7-25
- 35:2-5
- 35:9-17
- 37:8-14
- 37:16-21
- 37:23
- 38:2-39:24
- 40:4-9
- 40:14-18
- 40:20-41:13
- 42:23-43:15
- 46:10-18
- 46:20-24
- 47:13-48:7
- 49:16-20
- 49:22
- 51:23-24
- 52:2-5
- 52:7-11
- 52:13-15
- 53:5-9
- 54:25-55:2
- 55:14-16
- 56:10-57:4
- 57:6-14

- 57:16-20
- 57:22-58:2
- 58:4-21
- 58:23
- 59:2-4
- 59:12-15
- 59:17
- 59:25-61:3
- 61:5-14
- 61:16-24
- 62:3-13
- 62:17
- 63:9-64:9
- 64:11-15
- 64:17-65:2
- 65:4-11
- 65:21-24
- 66:2
- 78:11-12
- 78:15-79:6
- 79:8-13
- 79:15-25
- 80:2-5
- 80:7-14
- 81:19-22
- 81:25
- 84:20-24
- 85:2-10
- 86:14-16
- 86:23-87:5
- 87:23-88:5
- 88:7-20
- 88:25-89:9
- 89:11
- 89:16-17
- 90:4-6
- 90:20-91:2
- 93:10-16

- 93:18-94:2
- 94:11-12
- 94:14-95:2
- 95:5
- 99:16-20
- 99:22
- 100:2-5
- 100:8-20
- 100:23-101:2
- 101:5-7
- 102:18-20
- 103:12-25
- 104:15-105:10
- 105:13-16
- 105:18-24
- 123:3-11
- 123:13-23
- 124:7-9
- 124:18-125:13
- 125:23-126:2
- 126:4-12
- 127:3-128:3
- 128:6-20
- 128:23-129:4
- 129:7-16
- 129:18
- 129:20-130:4
- 130:6-24
- 131:13-132:16
- 132:19-25
- 133:22-25
- 134:3-8
- 134:11-15
- 134:17-23
- 134:25-135:4
- 135:6-136:22
- 136:25-137:2
- 137:6-18

- 138:19-21
- 138:23-139:3
- 139:22-24
- 140:6-19
- 140:24-141:15
- 141:23-143:7
- 143:10
- 144:11-145:2
- 145:4-13
- 146:8-11
- 146:23-147:8
- 147:11-148:3
- 148:7-149:12
- 149:15-150:10
- 150:12
- 151:3-4
- 151:11-24
- 152:3-23
- 154:23-25
- 155:11-14
- 157:11-158:2
- 158:15-25
- 159:3
- 159:9-160:24
- 161:2
- 162:4-6
- 162:11-20
- 161:22-163:3
- 163:6-15
- 163:21-164:11
- 164:18-25
- 165:2-25
- 166:2-5
- 166:8-15
- 166:21-167:8
- 167:11-18
- 167:25-168:7
- 168:12-19

- 168:22-169:20
- 169:23-170:15
- 170:18-171:9
- 171:15-16
- 171:18-172:8
- 172:16-173:7
- 173:11
- 175:15-17
- 175:24-176:7
- 176:13-177:16
- 178:12-14
- 178:21-179:10
- 179:13-15
- 179:17-24
- 180:3-7
- 180:10-21
- 183:4-6
- 183:8-12
- 184:4-185:2
- 185:9-14
- 185:23-25
- 186:12-187:6
- 187:8-18
- 187:20-23
- 187:25
- 188:2-4
- 188:19-189:7
- 189:12-23
- 190:16-19
- 190:24-191:3
- 191:7-192:4
- 192:7-16
- 192:25-193:2
- 193:4-7
- 193:9-194:6
- 194:8-13
- 194:15-195:11
- 195:13-197:18

- 198:6-200:5
- 200:8-15
- 200:19-25
- 201:11-16
- 201:18
- 203:12
- 203:22-204:9
- 204:16-205:10
- 205:13-20
- 205:23-24
- 206:11-24
- 207:3-8
- 207:12-13
- 207:18-208:7
- 208:10-13
- 208:15-17
- 208:24-209:3
- 209:8-19
- 209:21-24
- 210:9-11
- 210:14-18
- 210:20-25
- 211:4-5
- 211:7
- 211:9-10
- 211:12-16
- 211:18-22
- 211:24
- 212:8-25
- 213:3
- 213:20-24
- 214:2-6
- 214:8-16
- 216:17-217:8
- 217:10
- 217:17-19
- 217:24-218:5
- 218:9-13

- 218:23-25
- 219:3-15
- 256:8-10
- 256:12-257:11
- 261:8-11
- 261:16-17
- 262:20-24
- 263:8-15
- 275:16-18
- 275:21-24

## **Deposition of Michael Caruso taken on January 29, 2021**

- 8:9-11
- 25:4-19
- 26:15-17
- 26:19-27:18
- 29:11-14
- 31:21-25
- 36:17-37:14
- 40:17-41:10
- 43:6-22
- 51:3-19
- 53:4-18
- 57:19-22
- 59:12-15
- 66:3-11
- 66:24-67:2
- 67:4-67:16
- 67:18
- 71:17-22
- 73:19-21
- 73:23-74:3
- 74:5-12
- 74:14-17
- 74:19
- 77:12-16
- 77:18-22

- 77:24-25
- 78:15-20
- 78:22-79:11
- 79:13
- 122:4-10
- 132-17:21
- 134:17-135:4
- 136:5-10
- 137:24-138:2
- 138:4-17
- 138:19-22
- 138:24-139:3
- 139:19-22
- 139:24
- 141:9-16
- 143:19-21
- 143:23-24
- 144:12-146:2
- 146:4-7
- 152:14-153:2
- 153:21-24
- 154:2-22
- 171:8-15
- 180:5-13
- 180:15-16
- 208:13-18
- 208:20-209:3
- 209:5-7

## **Deposition of Frank Doria taken on February 26, 2020**

- 5:20-22
- 6:15-21
- 10:16-21
- 10:25-11:3
- 12:24-13:4
- 13:6
- 13:16-18

- 13:23-14:12
- 15:2-22
- 17:8-16
- 18:10-22
- 19:14-22
- 20:12-21:3
- 21:7-22:21
- 24:15-20
- 24:22-25:6
- 25:8
- 27:2-20
- 27:22-28:3
- 28:5-8
- 28:16-29:13
- 32:5-24
- 33:2
- 33:4-17
- 33:22-34:2
- 34:4-7
- 34:9
- 34:17-35:13
- 35:15-16
- 35:18-21
- 36:2-6
- 37:11-20
- 38:5-15
- 38:20-39:9
- 39:11-13
- 39:15
- 41:6-22
- 41:24-42:4
- 42:6
- 42:15-20
- 43:2-44:11
- 44:14-45:18
- 45:20-47:19
- 47:21-22
- 47:24-48:5

- 48:7-24
- 50:2-22
- 56:5-9
- 60:3-5
- 60:9-61:8
- 61:13-18
- 61:20
- 62:20-63:10
- 63:19-23
- 63:25
- 64:15-66:10
- 66:14-67:8
- 68:4-69:19
- 70:3-25
- 71:3-7
- 71:9
- 71:16-74:10
- 74:17-18
- 74:20-75:8
- 75:23-76:19
- 76:21-22
- 77:2-9
- 77:11
- 79:8-14
- 80:12-19
- 81:15-18
- 81:20-82:11
- 82:19-25
- 83:12-84:5
- 84:7-13
- 85:6
- 85:16-86:2
- 86:4-7
- 86:9
- 86:17-88:12
- 90:8-14
- 91:25-92:5
- 93:2-25

- 94:3
- 96:22-97:7
- 98:5-18
- 98:20-99:9
- 100:6-12
- 101:11-102:5
- 103:4-20
- 103:22-25
- 105:3-17
- 105:20-23
- 105:25-106:5
- 106:6-18
- 107:6-19
- 108:2-21
- 108:23-109:6
- 109:15-20
- 111:13-112:23
- 114:11-115:2
- 115:4-5
- 115:19-116:14
- 116:21-118:11
- 118:18-119:4
- 119:14-22
- 119:25-120:4
- 121:21-122:25
- 123:5-13
- 130:12-131:4
- 131:10-16
- 131:18
- 139:15-22
- 139:24-140:19
- 140:21-141:2
- 141:4
- 142:17-23
- 142:25-143:6
- 143:8-13
- 143:15-21
- 143:23

- 145:16-146:5
- 150:14-15
- 150:17-24
- 151:2
- 151:5-7
- 151:11-21
- 152:2-8
- 153:2-25
- 154:9-11
- 154:13-20
- 156:4-10
- 157:23-158:13
- 158:15-18
- 159:2-5
- 161:21-163:3
- 167:4-168:2
- 168:5
- 169:21-24
- 170:5-171:18
- 176:16-18
- 177:4-12
- 178:10-19
- 179:14-25
- 181:3-184:8
- 184:22-24
- 185:2-3
- 185:5-8
- 185:10-13
- 185:15-20
- 185:22-24
- 186:2-5
- 186:7-9
- 186:11-14
- 186:16-20
- 186:22-187:2
- 187:4-6
- 187:8-12
- 187:14-18

- 187:20-25
- 188:3-10
- 188:13-189:7
- 189:9-22
- 189:24
- 191:7-192:14
- 194:20-195:17
- 196:5-9
- 196:11-19
- 196:21
- 197:7-12
- 200:25-201:5
- 201:7-10
- 201:12-15
- 201:17
- 202:17-203:3
- 204:9-13
- 204:15-25
- 205:3
- 206:2-7
- 206:9-13
- 206:16-17
- 206:19-23
- 206:25-207:9
- 207:11-13
- 207:15-19
- 207:22-208:10
- 208:12
- 208:23-210:15
- 210:17-212:10
- 213:13-24
- 221:24-222:19
- 222:21
- 225:14-22
- 231:10-12
- 232:5-18
- 232:23-25
- 233:19-234:8

- 237:11-240:6
- 240:8-242:17
- 242:19-244:14
- 244:16-25
- 245:8-15
- 245:24-246:3
- 246:6-247:14
- 247:21-248:8
- 248:10-11
- 248:13-23
- 249:9-250:6
- 330:21-331:22
- 332:4-16
- 332:19-25
- 342:2-11
- 354:12-355:7
- 369:8-370:5
- 370:7-15
- 389:3-21
- 401:16-402:6
- 402:17-25
- 403:2-9
- 403:11

## Deposition of David Hart taken on March 3, 2020

- 8:2-20
- 24:9-25:20
- 41:20-42:5
- 52:15-24
- 54:3-55:7
- 58:9-15
- 59:9-60:8
- 63:1-64:23
- 65:20-66:7
- 74:24-25
- 75:2-5

- 75:8
- 75:16-22
- 81:1-2
- 81:5-21
- 194:17
- 194:20-25

**<u>Deposition of Matthew D. McGuire taken on October 27, 2020</u>**

- 6:3-5
- 16:22-17:8
- 17:11-18:12
- 18:25-20:10
- 20:23-21:2
- 21:4-12
- 24:18-25:3
- 25:8-26:18
- 27:20-24
- 28:2
- 29:15-30:6
- 30:9-14
- 31:19-33:8
- 36:11-19
- 43:13-16
- 43:18
- 43:20-44:3
- 44:5-6
- 48:19-21
- 48:24-50:18
- 53:9-21
- 63:25-64:15
- 65:21-23
- 67:10-13
- 67:16-68:12
- 69:25-70:4
- 70:7-73:15
- 73:17-74:14
- 74:17-21

- 77:5-18
- 77:20-21
- 77:24-78:6
- 78:8-23
- 79:25-80:8
- 81:3-6
- 81:8-12
- 81:20
- 81:25-82:3
- 82:9-14
- 83:12-16
- 84:21-85:17
- 85:23-86:3
- 86:7-13
- 86:19-87:6
- 87:15-88:2
- 88:14-16
- 88:18
- 89:20-90:23
- 90:25-91:4
- 91:6-92:20
- 92:23-24
- 93:2-94:3
- 94:5-22
- 95:2-7
- 95:9
- 96:2-5
- 96:8-23
- 97:8-12
- 97:14-20
- 97:22-98:13
- 98:16-25
- 101:9-23
- 101:25-102:3
- 102:6-13
- 102:24-103:10
- 103:18-22
- 103:24

- 104:10-15
- 104:24-105:5
- 109:18-20
- 110:15-112:11
- 112:14-22
- 112:24-113:2
- 113:4
- 114:5-114:15
- 114:17-25
- 115:2-12
- 115:14
- 131:7-132:7
- 132:18-19
- 133:2-8
- 134:12-17
- 143:18-20
- 143:24-144:6
- 144:9-13
- 153:22-154:2
- 154:11-14
- 154:19-155:15
- 186:13-15
- 186:21-24
- 187:3-5
- 195:19-22
- 195:25-196:13
- 196:23-197:4
- 197:7-19
- 197:23-198:10
- 198:12-198:19
- 198:21-199:7
- 199:10-21
- 199:24-200:17
- 200:20-25
- 201:4-10
- 201:13
- 202:8-12
- 202:15-17

- 202:19-203:3
- 203:5-9
- 205:9-206:5
- 206:9-18
- 206:20-207:3
- 207:6-18
- 207:21-24
- 208:3-8
- 208:12-13

**Deposition of David W. Nichols taken on November 12, 2020 (Day 1)**

- 5:19-6:10
- 7:12-24
- 71:24-72:6
- 72:17-73:7
- 73:16-74:1
- 78:6-79:12
- 90:11-22
- 90:24-91:13
- 91:18-92:7
- 92:9-18
- 94:9-25
- 96:3-97:9
- 113:15-114:17
- 114:19-115:22
- 115:24-116:16
- 116:18
- 120:24-121:5
- 121:7-121:12
- 121:14-122:4
- 123:16-23
- 123:25-124:23
- 124:25-125:6
- 125:8-14
- 125:16
- 126:5-8

- 126:10-25
- 129:23-130:4
- 133:2-13
- 133:15-134:3
- 134:5-12
- 134:14-19
- 134:21-136:2
- 136:4-10
- 136:13-137:3
- 140:8-23
- 140:25-141:2
- 141:25-142:7
- 142:9-12
- 142:14-143:3
- 150:16-20
- 150:22-151:13
- 152:2-5
- 152:7-12
- 152:14-153:12
- 155:24-156:9
- 156:10-157:6
- 157:8-9
- 161:3-19
- 176:24-177:3
- 177:5-18
- 182:10-183:23
- 184:2-9
- 184:11-185:2
- 186:8-17
- 191:4-13
- 207:10-208:16
- 215:25-216:8
- 216:11-12
- 239:13-240:8
- 240:10-242:2
- 242:5-9
- 242:16-22
- 247:10-21

- 247:23-248:7
- 248:10-24
- 249:2-7
- 249:9-13
- 249:15-250:4
- 250:8-12


**Deposition of David W. Nichols taken on November 13, 2020 (Day 2)**

- 263:17-265:21
- 270:13-15
- 270:17-18
- 274:8-10
- 274:12-18
- 274:20-275:8
- 275:10-15
- 284:5-15
- 284:24-285:16
- 285:18-286:24
- 300:14
- 300:16-21
- 300:23-301:4
- 301:6-18
- 301:20-302:17
- 302:19-20
- 303:4-304:10
- 304:13-15
- 304:17-19
- 305:17-24
- 306:2-11
- 306:13
- 306:23-307:13
- 307:24-308:3
- 308:5
- 308:25-309:19
- 309:21-310:6
- 310:8-15
- 311:8-312:13

- 312:15
- 315:11-16
- 315:18-316:3
- 316:5-11
- 317:3-9
- 322:5-9
- 322:11-20
- 325:10-12
- 325:14-19
- 332:3-13
- 335:21-336:7
- 336:9-13
- 337:9-19
- 337:21
- 337:23-25
- 342:8-13
- 342:15-19
- 345:8-14
- 345:16-19
- 345:21
- 346:11-14
- 346:16-347:7
- 347:23-25
- 348:3
- 349:2-350:20
- 351:3-14
- 361:20-362:13
- 362:18-21
- 363:11-364:3
- 364:7-365:10
- 365:13-367:5
- 367:7-368:11
- 374:2-16
- 374:18-21
- 374:23-375:6
- 376:2-11
- 376:13-19
- 376:21-377:17

- 377:19-23
- 377:25-378:7
- 378:9-25
- 379:3-13
- 379:15-23
- 383:18-384:8
- 384:10-385:4
- 385:6
- 389:22-390:17
- 399:21-400:11
- 400:13-16
- 400:18-401:10
- 401:12-20
- 403:7-404:3
- 404:4-15
- 404:17-405:17
- 405:19
- 405:22-406:6
- 410:6-24
- 411:2-8
- 411:10-24
- 412:8
- 412:13-413:8
- 413:10
- 430:17-431:21
- 431:23-432:2
- 432:4
- 432:8-10
- 432:12-17
- 432:19
- 433:7-25
- 437:8-17
- 440:19-443:9
- 443:11
- 444:13-25
- 463:6-24
- 464:2
- 470:3-471:11

- 474:20-475:15
- 481:17-484:25
- 485:14-486:6
- 486:8-21
- 488:9-21
- 489:8-490:20
- 490:22-491:10
- 491:19-492:15
- 492:17-20
- 492: 22-493:4
- 493:6-9
- 493:11-17
- 494:5-13
- 494:15-495:8
- 495:10-16
- 495:18
- 497:3-9
- 497:11
- 497:13-24
- 498:2-25
- 499:3-19
- 500:12-501:14
- 501:16-502:5
- 507:19-508:22
- 508:24-509:2
- 509:4-17
- 509:19-510:4
- 510:6
- 512:5-12
- 514:24-515:12
- 515:14
- 516:11-517:9
- 517:11-22
- 517:24-518:4
- 522:8-523:10
- 523:12-13
- 524:18-24
- 525:2-11

- 525:13-526:21
- 531:23-532:23


### Deposition of David Overbeeke taken on November 18, 2020

- 7:6-8
- 22:10-23:17
- 25:7-26:7
- 33:3-20
- 36:13-21
- 37:16-25
- 40:18-41:2
- 44:9-19
- 54:8-16
- 74:18-21
- 74:23-25
- 83:19-22
- 83:24
- 84:11-14
- 84:16-23
- 91:15-20
- 91:22-92:9
- 92:11-16
- 115:3-20
- 118:3-16
- 119:20-120:16
- 136:13-137:12
- 148:18-149:2
- 149:4-23
- 149:25
- 174:25-175:19
- 181:15-184:4
- 186:8-19
- 187:12-17
- 191:6-11
- 191:13-14
- 193:9-25
- 194:3-195:11

- 195:15-23
- 195:25-196:12
- 202:6-17
- 203:19-22
- 203:24-204:9
- 204:11-22
- 214:23-215:11
- 216:17-217:3
- 217:5-9
- 217:21-218:11
- 219:4-12
- 219:14-221:14
- 231:18-232:16
- 232:19-21
- 232:24-233:4
- 233:6-11
- 233:13-234:3
- 237:19-238:3
- 238:5-24
- 244:15-22
- 244:24-245:5
- 247:16-25
- 248:4-250:3
- 252:15-253:6
- 257:13-23
- 259:20-25
- 260:4-15
- 261:2-12
- 261:15
- 271:12-14
- 271:16-25
- 289:17-24
- 290:3-5
- 290:7
- 291:12-24
- 292:2-4
- 296:7-296:25
- 313:13-314:3

- 314:8-18
- 320:9-321:2
- 321:4-11
- 321:13-22
- 322:11-19
- 323:5-13

## Deposition of Joseph Parzick taken on December 11, 2020

- 6:8-11
- 11:12-20
- 13:8-20
- 15:7-16:12
- 20:2-5
- 21:19-22:4
- 31:17-33:13
- 33:16-23
- 34:9-12
- 35:2-6
- 37:22-40:20
- 40:22-23
- 56:25-57:11
- 57:13-16
- 57:18-58:14
- 58:16-22
- 59:3-59:12
- 67:18-68:2
- 72:15-73:13
- 77:16-22
- 78:3-10
- 78:12-21
- 105:9-12
- 105:14-106:12
- 106:22-107:3
- 107:6-20
- 108:24-109:16
- 109:18-110:16

- 110:18-112:22
- 115:13-15
- 115:18-116:5
- 116:24-117:3
- 117:5-16
- 186:4-10
- 189:14-17
- 189:19-190:5
- 190:7-8
- 191:3-6
- 192:22-193:6
- 193:8
- 193:10
- 196:10-197:3
- 197:5-8
- 197:13-24
- 198:5-199:16
- 201:4-13
- 202:4-204:10
- 205:14-206:5
- 206:8-207:13
- 207:16-25
- 208:3-6
- 209:5-7
- 209:19-211:12
- 213:2-20
- 213:22-215:15
- 215:23-216:2
- 221:21-23
- 222:13-17
- 224:23-225:11
- 225:14-25
- 226:3-5
- 226:17-227:5
- 227:8-17
- 227:19-228:2
- 228:4-5
- 229:21-24

- 230:25-231:24
- 252:10-18
- 240:11-16
- 240:18-22
- 240:24-243:8
- 243:21-244:24
- 245:2-3
- 245:19-21
- 245:23
- 247:8-10
- 247:12-249:11
- 252:2-6
- 259:18-260:14
- 260:17-262:2
- 262:4-11
- 262:17-20
- 263:5-18
- 265:17-266:6
- 266:9
- 266:11-269:18
- 269:20-270:16

## Deposition of Jay J. Pittas taken on March 4, 2021

- 11:4-6
- 13:8-14:15
- 39:1-18
- 67:7-21
- 90:3-15
- 110:22-111:14
- 111:16-112:10
- 119:20-120:7
- 121:14-122:10
- 122:14
- 123:8-11
- 123:22-124:3
- 124:5-10
- 124:12-15

- 126:14-20
- 126:22-127:9
- 133:9-21
- 134:1-10
- 137:9-14
- 137:17-138:1
- 138:3-6
- 138:17-139:17
- 139:19-20
- 141:13-20
- 142:4-8
- 142:10-15
- 142:17-18
- 145:7-14
- 148:11-13
- 148:15-16
- 148:18-20
- 148:22
- 149:5-18
- 172:16-173:11
- 173:18-174:5
- 174:7-16
- 179:19-180:2
- 180:4-181:7
- 181:9-10
- 181:12
- 190:21-191:9
- 193:22-195:13
- 197:8-11
- 198:18-199:21
- 202:15-205:13
- 212:18-21
- 213:1
- 213:3-7
- 213:9-13
- 213:15-214:18
- 214:20-215:4
- 215:6-8

- 220:6-19
- 221:14-222:9
- 223:6-13
- 224:19-225:8
- 230:6-8
- 230:10-12
- 233:10-14
- 233:17
- 234:4-10
- 235:10-12
- 235:15-19
- 235:22-236:1
- 240:6-241:8
- 241:10-12
- 244:11-245:17
- 245:20-246:9
- 246:20-247:4
- 247:6
- 248:7-18
- 248:20-249:22
- 250:2-10
- 250:13-18
- 255:1-256:7
- 258:9-259:5
- 259:7-13
- 259:15-261:1
- 262:14-19
- 270:3-14
- 270:16-17
- 272:18-22
- 273:5-11
- 273:13-275:22
- 276:9-277:14
- 277:16-280:22
- 281:2-5
- 282:1-283:2
- 283:4-284:16
- 287:10-288:15

- 290:7-291:8
- 295:1-11
- 295:18-20
- 297:3-7
- 297:9-15
- 297:17-298:1
- 330:4-9
- 330:11

### Deposition of Jack Vollbrecht taken on December 22, 2020

- 11:9-16
- 31:5-33:8
- 37:16-38:21
- 83:16-84:10
- 84:12-22
- 85:2
- 88:4-14
- 89:5-90:3
- 105:16-20
- 106:3-9
- 107:6-13
- 108:4-13
- 108:16-110:9
- 117:2-10
- 124:11-125:4
- 137:16-22
- 138:3-9
- 177:9-13
- 177:15
- 177:21-178:4
- 178:6
- 180:915
- 180:17-181:12
- 183:20-184:4
- 184:6-11
- 184:14-21
- 185:1-6

- 189:8-14
- 189:16-17
- 189:20-190:10
- 190:12-20
- 190:22-191:13
- 191:15
- 191:22-192:20
- 193:1-13
- 193:16-194:5
- 194:7-195:3
- 195:5-19
- 196:12-17
- 196:19-197:3
- 197:5
- 197:7-16
- 198:7-199:5
- 199:13-200:2
- 200:6-8
- 201:5-9
- 201:19-202:2
- 202:5-8
- 202:11-13
- 203:14-17
- 203:20-204:21
- 205:21-206:6
- 206:21-208:3
- 208:14-21
- 210:9-22
- 211:1-5
- 211:7-212:1
- 212:3
- 212:11-213:3
- 213:5-214:3
- 214:5-7
- 214:9-20
- 215:1-5
- 215:9
- 218:14-18

- 218:20-22
- 219:2-19
- 229:11-232:4
- 232:12-233:21
- 234:1-8
- 235:5-7
- 235:9-237:19
- 237:22-238:3
- 238:5-11
- 238:13-18
- 238:20-239:8

January 14, 2022

Respectfully submitted,

  */s/ Lyle D. Kossis*
J. Brent Justus (VSB No. 45525)
Ryan D. Frei (VSB No. 70996)
Gregory J. DuBoff (VSB No. 82062)
Lyle D. Kossis (VSB No. 85603)
Brooke A. Weedon (VSB No. 91164)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone:     804-775-1134
Facsimile:      804-698-2168
bjustus@mcguirewoods.com
rfrei@mcguirewoods.com
gduboff@mcguirewoods.com
lkossis@mcguirewoods.com
bweedon@mcguirewoods.com

*Counsel for Defendant and Counterclaim Plaintiff Fisher Auto Parts, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 14, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Lyle D. Kossis*
Lyle D. Kossis

*Counsel for Defendant and Counterclaim Plaintiff Fisher Auto Parts, Inc.*