# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Harrisonburg Division

| | |
|---|---|
| **REMY HOLDINGS INTERNATIONAL LLC,**<br><br>**Plaintiff / Counterclaim Defendant,**<br><br>v.<br><br>**FISHER AUTO PARTS, INC.,**<br><br>**Defendant / Counterclaim Plaintiff.** | Civil Action No.: 5:19-cv-00021 |

## FISHER'S NOTICE OF PLAYING VIDEO DEPOSITION OF JACK VOLLBRECHT

Fisher Auto Parts files this Notice of Playing Video Deposition of Jack Vollbrecht. The parties designated portions of videotaped depositions to be played at trial, which includes testimony from Jack Vollbrecht. Dkt. Nos. 246, 247. Both parties provided objections and counter-designations, and the Court recently ruled on the parties' objections. Dkt. No. 305.

Pursuant to that ruling, the parties played portions of the deposition of Mr. Vollbrecht at the trial of this matter on March 2, 2022. The following is a list of the page-line designations that coincide with the video played at trial in this matter on March 2, 2022:

- 11:09 to 11:21
- 29:06 to 29:08
- 31:05 to 33:08
- 37:16 to 38:21
- 42:15 to 43:12
- 43:15 to 45:13
- 45:18 to 47:06
- 47:10 to 47:14
- 67:19 to 68:02
- 68:11 to 68:20
- 69:02 to 69:10
- 69:15 to 70:15
- 70:18 to 71:16

1

- 71:21 to 72:04
- 72:06 to 72:14
- 78:06 to 78:21
- 83:16 to 84:10
- 84:12 to 84:22
- 85:02 to 85:02
- 85:09 to 86:18
- 86:21 to 87:02
- 88:04 to 88:14
- 89:05 to 90:03
- 95:21 to 96:17
- 98:04 to 98:07
- 98:18 to 99:14
- 101:21 to 102:15
- 105:16 to 105:20
- 106:03 to 106:09
- 107:06 to 107:13
- 108:04 to 108:13
- 108:16 to 110:09
- 117:02 to 117:17
- 124:11 to 125:04
- 126:06 to 126:09
- 126:18 to 127:03
- 132:03 to 132:16
- 136:18 to 136:20
- 137:16 to 137:22
- 137:20 to 137:22
- 138:03 to 138:09
- 139:05 to 139:13
- 139:15 to 139:18
- 142:13 to 143:13
- 143:15 to 144:15
- 144:22 to 146:05
- 146:08 to 146:22
- 147:04 to 147:07
- 152:02 to 153:02
- 153:08 to 154:22
- 155:06 to 155:18
- 155:22 to 156:03
- 177:09 to 177:13
- 177:15 to 177:15
- 177:21 to 178:04
- 178:06 to 178:06
- 180:09 to 180:15

- 180:17 to 181:12
- 183:20 to 184:04
- 184:06 to 184:11
- 184:14 to 184:21
- 185:01 to 185:06
- 189:08 to 189:14
- 189:16 to 189:17
- 189:20 to 190:10
- 190:12 to 190:20
- 190:22 to 191:13
- 191:15 to 191:15
- 191:22 to 192:20
- 193:01 to 193:13
- 193:16 to 194:05
- 194:07 to 195:03
- 195:05 to 195:19
- 196:12 to 196:17
- 196:19 to 197:03
- 197:05 to 197:05
- 197:07 to 197:16
- 198:07 to 199:05
- 199:13 to 200:02
- 200:06 to 200:08
- 201:05 to 201:09
- 201:19 to 202:02
- 202:05 to 202:08
- 202:11 to 202:13
- 210:16 to 210:22
- 211:20 to 212:03
- 212:11 to 212:20
- 214:05 to 214:07
- 214:09 to 214:20
- 215:01 to 215:05
- 215:09 to 215:09
- 218:14 to 218:18
- 218:20 to 218:22
- 219:02 to 219:19
- 232:12 to 232:16
- 232:19 to 233:21
- 234:01 to 234:08
- 238:05 to 238:11
- 238:13 to 238:14

|  |  |
|---|---|
| March 2, 2022 | Respectfully submitted, |

                                                                     */s/ Lyle D. Kossis*
J. Brent Justus (VSB No. 45525)
Ryan D. Frei (VSB No. 70996)
Gregory J. DuBoff (VSB No. 82062)
Lyle D. Kossis (VSB No. 85603)
Brooke A. Weedon (VSB No. 91164)
Alicia M. Penn (VSB No. 94937)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
Telephone:     804-775-1134
Facsimile:      804-698-2168
bjustus@mcguirewoods.com
rfrei@mcguirewoods.com
gduboff@mcguirewoods.com
lkossis@mcguirewoods.com
bweedon@mcguirewoods.com
apenn@mcguirewoods.com
*Counsel for Defendant and Counterclaim Plaintiff Fisher Auto Parts, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on March 2, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                         _/s/ Lyle D. Kossis_
                                         Lyle D. Kossis

                                         *Counsel for Defendant and Counterclaim Plaintiff*
                                         *Fisher Auto Parts, Inc.*