IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

FILED IN OPEN COURT
DATE 3/4/2022
BY Susan Moody
DEPUTY CLERK

HARRISONBURG DIVISION, W.D. of VA

| | |
|---|---|
| REMY HOLDINGS INTERNATIONAL LLC, <br><br> Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> FISHER AUTO PARTS, INC., <br><br> Defendant / Counterclaim Plaintiff. | Civil Action No.: 5:19-cv-00021 |

## SPECIAL VERDICT FORM

**MEMBERS OF THE JURY:**

Please answer the questions on this form in the order listed – that is, please start with Question 1, and answer each question in order before moving on to the next question. Depending on your answers, you may not be asked to answer all the questions on this form. Please follow the instructions after each question to determine which question to answer next.

We, the jury, unanimously answer the questions to us as follows:

1

## REMY'S CONVERSION CLAIM

**Question No. 1:**

Did Remy prove by a preponderance of the evidence that Fisher converted any cores owned by Remy?

Yes_____   No____✓____

If you answered "Yes" to Question No. 1, then please proceed to Question No. 2. If you answered "No" to Question No. 1, then please proceed to Question No. 5.

**Question No. 2:**

Did Fisher prove by a preponderance of the evidence its defense of laches or its defense of equitable estoppel?

Yes_____   No_____

If you answered "Yes" to Question No. 2, then please proceed to Question No. 5. If you answered "No" to Question No. 2, then please proceed to Question No. 3.

**Question No. 3:**

Did Remy prove by a preponderance of the evidence that it was damaged?

Yes_____   No_____

If you answered "Yes" to Question No. 3, then please proceed to Question No. 4. If you answered "No" to Question No. 3, then please proceed to Question No. 5.

**Question No. 4:**

What is the market value of the Remy property that Fisher converted?

$_____

Proceed to Question No. 5.

2

## FISHER'S BREACH OF CONTRACT CLAIM

**Question No. 5:**

Did Fisher prove by a preponderance of the evidence that Remy's failure to keep Fisher competitive in the marketplace in every way caused Fisher damages, which were asserted to be lost sales/profits and cover costs?

Yes ✓        No _____

If you answered "Yes" to Question No. 5, then please proceed to Question No. 6. If you answered "No" to Question No. 5, then please proceed to the closing instructions on page 4.

**Question No. 6:**

What is the amount of Fisher's damages given due consideration to Remy's defense of mitigation of damages, if proven by a preponderance of the evidence by Remy?

$ 1,816,277

If you entered an amount other than "0" in response to Question No. 6, please proceed to Question No. 7. If you entered "0" in response to Question No. 6, please proceed to the closing instructions on page 4.

**Question No. 7:**

Is Fisher entitled to interest on its claim for damages? If yes, please enter a date from which interest will be computed. If no, write "No."

NO

Please proceed to the closing instruction on page 4.

3

## CLOSING INSTRUCTION

After answering the questions above as instructed, the jury has completed this Special Verdict Form. The jury foreperson should sign the document for return to the Court.

_s/   Foreperson_____.
JURY FOREPERSON PRINTED NAME

SO SAY WE ALL

Dated this __4th__ day of March, 2022.