IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| REMY HOLDINGS INTERNATIONAL, LLC | )<br>)<br>) |
|     Plaintiff/Counterclaim-defendant, | )   Civil Action No. 5:19-cv-00021<br>) |
| v. | )<br>)   By: Elizabeth K. Dillon |
| FISHER AUTO PARTS, INC., | )      United States District Judge<br>) |
|     Defendant/Counterclaim-plaintiff. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion entered this day and the jury's verdict on March 4, 2022, it is hereby ORDERED and ADJUDGED that judgment is entered as follows:

    1. Judgment is entered in favor of Fisher Auto Parts, Inc. on Remy's claim against it for conversion;

    2. Judgment is entered in favor of Fisher Auto Parts, Inc. and against Remy Holdings International, LLC for damages for breach of contract in the amount of $1,816,277; and

    3.    This matter is STRUCK from the active docket of the court.

The clerk is directed to send a copy of this judgment order to all counsel of record.

Entered: May 10, 2022.

                                                             /s/ *Elizabeth K. Dillon*
                                                             Elizabeth K. Dillon
                                                             United States District Judge