IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| **REMY HOLDINGS INTERNATIONAL LLC,**<br><br>              **Plaintiff/Counterclaim Defendant,**<br>v.<br><br>**FISHER AUTO PARTS, INC.,**<br><br>              **Defendant/Counterclaim Plaintiff.** | Civil Action No.: 5:19-cv-00021-EKD-JCH |

## NOTICE OF SATISFACTION

Fisher Auto Parts, Inc. ("Fisher"), by counsel, hereby notifies this Court that the judgment entered against Counterclaim Defendant Remy Holdings International LLC ("Remy") in the above-styled case has been fully satisfied, including the costs taxed by the Clerk and post-judgment interest.

January 30, 2024

Respectfully submitted,

/s/ Ryan D. Frei
Ryan D. Frei (VSB No. 70996)
Brooke A. Weedon (VSB No. 91164)
Alicia M. Penn (VSB No. 94937)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916
T: (804) 775-1134
F: (804) 698-2168
rfrei@mcguirewoods.com
bweedon@mcguirewoods.com
apenn@mcguirewoods.com

*Counsel for Defendant, Counterclaim*

1

*Plaintiff, and Judgment Creditor Fisher Auto Parts, Inc.*

<u>*/s/ Matthew D. Green*</u>
Matthew D. Green (VSB No. 46913)
David W. Hearn (VSB No. 37347)
Sands Anderson PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, VA 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
mgreen@sandsanderson.com
dhearn@sandsanderson.com

*Counsel for Plaintiff, Counterclaim Defendant, and Judgment Debtor Remy Holdings International LLC*

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Ryan D. Frei
Ryan D. Frei

*Counsel for Defendant, Counterclaim Plaintiff, and Judgment Creditor Fisher Auto Parts, Inc.*